# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 10, 2018

## NO. 03-17-00490-CV

**Texas Industrial Energy Consumers, Cities Advocating Reasonable Deregulation, and Office of Public Utility Counsel, Appellants**

**v.**

**Public Utility Commission of Texas and Southwestern Electric Power Company, Appellees**

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on June 16, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion. Appellees shall pay all costs relating to this appeal, both in this Court and the court below.